```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 03220
   DORIS C GRIMES
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-7999


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/13/2008 and was not confirmed.

     The case was dismissed without confirmation 05/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
DOLLIE I WARREN REED     NOTICE ONLY    NOT FILED             .00             .00
CAPITAL ONE              UNSECURED         4573.28            .00             .00
CAPITAL ONE              UNSECURED         5719.61            .00             .00
CHASE HOME FINANCE LLC   NOTICE ONLY    NOT FILED             .00             .00
MARSHALL FIELDS          UNSECURED      NOT FILED             .00             .00
MARSHALL FIELDS          UNSECURED      NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED         3261.66            .00             .00
HSBC/CARSONS             UNSECURED      NOT FILED             .00             .00
HSBC/RS                  UNSECURED      NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED         5234.02            .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED         1233.69            .00             .00
CHASE MANHATTAN MORTGAGE CURRENT MORTG       .00              .00             .00
DIRECT MERCHANTS         UNSECURED      NOT FILED             .00             .00
CHASE MANHATTAN MORTGAGE MORTGAGE ARRE   12855.10             .00             .00
CHASE MANHATTAN MORTGAGE CURRENT MORTG       .00              .00             .00
CHASE MANHATTAN MORTGAGE MORTGAGE ARRE    8996.39             .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED         1347.96            .00             .00
B-REAL LLC               UNSECURED        11414.42            .00             .00
DOLLIE I WARREN REED     DEBTOR ATTY         .00                              .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      ---------------      ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03220 DORIS C GRIMES
```

TOTALS                                             .00                    .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```